UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID CARROLL, STEPHENSON, an individual, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN McKAY, *et al.* ,<br><br>Defendants. | Case No. C06-5054FDB<br><br>ORDER OF DISMISSAL |

By order of June 20, 2002, the Honorable Robert S. Lasnik entered an order that, among other things, provided that "any *pro se* complaint/petition submitted for filing in this district in which David Carroll, Stephenson is a named plaintiff or purports to act as party representative shall be subject to review by the Court prior to issuance of summons or service of process by the Court." The Order further provides: "As to any non-habeas action, the Court will review the complaint/petition to determine whether good cause exists to permit the action to proceed in light of the claims raised therein and David Carroll, Stephenson's past litigation abuses."

Plaintiff Stephenson has filed a cause of action against 22 individuals, including judges and court officers, in which he alleges racketeering claims relating to "a series of off-shore scams" where parties are lured to investing their time and good names and then claim the parties are indebted to them for business expenses relative to the fictitious business enterprise."

ORDER - 1

1   Plaintiff's Complaint was mistakenly processed by being opened and given a cause number by
2   the Clerk's office when the above-referenced order was in place. Plaintiff's Complaint is
3   preposterous and good cause does not exist to permit this cause of action to proceed.
4   ACCORDINGLY, IT IS ORDERED: Plaintiff's cause of action is DISMISSED.
5   DATED this _____ day of February, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2