UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

David Carroll, Stephenson, an individual, and all others similarly situated,

    Plaintiff,

    v.

John McKay, *et al.*,

    Defendants.

Case No. C06-5054FDB

ORDER

The Court Dismissed this cause of action by order entered February 8, 2006, there being an order that any pro se complaint or petition submitted for filing in this district by Plaintiff is subject to review by the Court prior to issuance of summons or service of process by the Court. Plaintiff filed two documents [Dkt. # 2 and Dkt. # 5] seeking an order vacating the Court's above referenced order of dismissal as being void. Plaintiff's motions are without merit.

IT IS ORDERED: Plaintiff's Motion to Vacate Order of Dismissal Date 2/7/2006 [Dkt. # 2] and Plaintiff's Petition/Application to vacate order [Dkt. # 5] are DENIED. The Clerk is directed to accept no further documents for filing in this cause of action.

DATED this 6th day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1